IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL STANFORD, | 1:06-CV-00265-OWW-DLB-P |
| Plaintiff, | ORDER VACATING ORDER OF MARCH 15, 2006, DIRECTING PAYMENT OF FILING FEE (DOCUMENT #6) |
| vs. | |
| W. J. SULLIVAN, | |
| Defendant. / | |

Plaintiff, a state prisoner proceeding pro se, is proceeding pro se and in forma pauperis in a civil rights action.

On March 15, 2006, the court issued an order entitled "Order Directing Payment of Inmate Filing Fee," directing the Director of the California Department of Corrections to send payments to the court from plaintiff's inmate trust account for the statutory filing fee for this action. The first page of the order refers to the statutory filing fee of $150.00, which is erroneous because the filing fee is $250.00 and not $150.00. Therefore, the court shall vacate its order and issue a new order in its place to correct the filing fee amount.

Accordingly, IT IS HEREBY ORDERED that:

1. The court's order of March 15, 2006, entitled "Order Directing Payment of Inmate Filing Fee," is VACATED in its entirety;

2. A new order entitled "Second Order Directing Payment of Inmate Filing Fee" shall issue directing the Director of the California Department of Corrections to send

1       payment to the court for the payment of the $250.00 filing fee for this action; and

2   3.     The Clerk is DIRECTED to serve a copy of this order on:

3         (1)     California Department of Corrections
                  1515 S Street
4                     Sacramento, CA 95814, and

5         (2)     Financial Department, U.S. District Court, Eastern District of California, Fresno Division.

6

7   IT IS SO ORDERED.

8   **Dated:**   April 7, 2006                             **/s/ Dennis L. Beck**
  3c0hj8                                                   UNITED STATES MAGISTRATE JUDGE