UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL STANFORD,<br><br>        Plaintiff,<br><br>vs.<br><br>W.J. SULLIVAN, et al.,<br><br>        Defendants.<br>_____/ | 1:06-cv-00265-OWW-DLB-PC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 11)<br><br>**ORDER DISMISSING ACTION** |

    Plaintiff, Michael Stanford ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On February 12, 2007, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed on or before March 5, 2007.  To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

1  In accordance with the provisions of 28 U.S.C.
2 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the
4 entire file, the Court finds the Findings and Recommendations to
5 be supported by the record and by proper analysis.
6  Accordingly, IT IS HEREBY ORDERED that:
7  1.  The Findings and Recommendations, filed February 12,
8 2007, are ADOPTED IN FULL; and,
9  2.  This action is DISMISSED, without prejudice, based on
10 plaintiff's failure to comply with 42 U.S.C. § 1997e(a) by
11 exhausting prior to filing suit.
12 IT IS SO ORDERED.
13 **Dated:    March 26, 2007**                    **/s/ Oliver W. Wanger**
emm0d6                                           UNITED STATES DISTRICT JUDGE